KETHLEDGE, Circuit Judge,
concurring in the judgment in part and dissenting in part.
I respectfully disagree with my colleagues that we lack jurisdiction over the entirety of this appeal. True, we lack jurisdiction over the County’s appeal from the district court’s original consent judgment, if only because that judgment was entered more than four years ago. See Fed. R. App. P. 4(a)(1)(B). But the County also appeals the district court’s denial of the County’s own motion under Fed. R. Civ. P. 60(b). And the County’s problem there is not jurisdictional, but rather that it is not a “party” entitled to relief under Rule 60(b). See generally Bridgeport Music, Inc. v. Smith, 714 F.3d 932, 939 & n.6 (6th Cir. 2013). Nor is the County entitled to relief as a nonparty, not least because the appeal itself is plainly meritless. See id. at 939-42. I would therefore affirm the district court’s judgment rather than dismiss the appeal.